# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

A USPS Priority Mail parcel with tracking number 9114 9999 4431 4592 8197 71 addressed to "Matthew Kilpela, 41209 North Entry Rd, Chassell, MI 49916" with a return address of "Technique Records, 853 NE 79th Street, Miami, FL 33138."

Case Number: 19 m 709

U.S. District Court
Wisconsin Eastern
JUL 2 2 2019
FILED
Stephen C. Dries, Clerk

TO: Any authorized officer of the United States:

## SEARCH AND SEIZURE WARRANT

**TO: Any authorized law enforcement officer**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property currently located in the Eastern District of Wisconsin:

A USPS Priority Mail parcel with tracking number 9114 9999 4431 4592 8197 71 addressed to "Matthew Kilpela, 41209 North Entry Rd, Chassell, MI 49916" with a return address of "Technique Records, 853 NE 79th Street, Miami, FL 33138."

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, proceeds related to the sale of controlled substances, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. § 841(a)(1) and 843(b).

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before ___July 25___, 2019
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States District Court Chief Judge William C. Griesbach.

Date and time issued ___July 15___, 2019; ___3:38___ p.m.

*Judge's signature*

City and state: Green Bay, Wisconsin

THE HONORABLE WILLIAM C. GRIESBACH
United States District Court Chief Judge
*Name & Title of Judicial Officer*

| RETURN | | |
|---|---|---|
| Case No.<br>19-M-709 | Date and time Warrant executed<br>July 15, 2019 at 4:33 PM | Copy of warrant and inventory left with:<br>USPS |

Inventory made in the presence of
BCDTF Inv. Kyle Mason

Inventory of person or property taken and name of any person(s) seized:

USPS Priority Mail parcel with tracking number 9114 9999 4431 4592 8197 71 contained an inner envelope that held a vacuum sealed bag containing a light brown colored crystal-like substance similar in appearance to rock salt. This substance and the vacuum sealed bag weighed approximately 37.83 grams. I tested a portion of this substance using the Methamphetamine/MDMA (Ecstasy) reagent field test kit and received a positive test result.

## CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/22/2019

*(Executing officer's signature)*

U.S. POSTAL INSPECTOR, MATT SCHULZ
*(Printed name and title)*

Subscribed, sworn to, and returned before me this date.

William C. Griesbach
*(U.S. Judge or Magistrate Judge)*

July 22, 2019
*(Date)*